# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: § 
§ CASE NO. 4:18-bk-02635-BMW
HISTORIC HABITATS/ RUBI L.L.C. §
    DEBTOR §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC as servicing agent for HSBC Bank USA, National Association, as Trustee for Wells Fargo Mortgage Backed Securities 2007-7 Trust** | **HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Asset-Backed Pass-Through Certificates Series 2007-7** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    **Specialized Loan Servicing LLC**
    **8742 Lucent Blvd, Suite 300**
    **Highlands Ranch, Colorado 80129**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx7559**

Court Claim # (if known): 2-2
Amount of Claim: $734,025.54
Date Claim Filed: 01/31/2020

Phone: 800-274-7025
Last Four Digits of Acct.#: 8195

Name and Address where transferee payments should be sent (if different from above):

    Specialized Loan Servicing, LLC
    PO Box 636007
    Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx7559**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mukta Suri      Date: 04/22/2020
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before April 22, 2020 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Historic Habitats/ Rubi L.L.C.
PO Box 30817
Tucson, Arizona 85751


**Debtors' Attorney**
Kasey C. Nye
Waterfall Economids Caldwell ET AL
5210 E Williams Circle Suite 800
Tucson, Arizona  85711

                                        Respectfully Submitted,

                                        /s/ Mukta Suri
                                        Mukta Suri